JULIE CREWS, Wife,

      Appellant,

v.

BRYAN A. CREWS, Husband,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0083

Opinion filed August 5, 2014.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Julie Crews, pro se, Appellant.

Bryan A. Crews, pro se, Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.